No. 260, Misc. DeSimone *v.* Chief Justice of Illinois Supreme Court et al. Motion for leave to file petition for writ of mandamus denied.

No. 58, Misc. Lyons *v.* Klatte, State Hospital Superintendent. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Jay S. Linderman,* Deputy Attorneys General, for respondent.

No. 501, Misc. Acuff *v.* Cook Machinery Co., Inc. Motion for leave to file petition for writ of injunction and for other relief denied.

No. 18, Misc. Caldwell *v.* Underwood, U. S. District Judge, et al. Motion for leave to file petition for writ of mandamus denied.

No. 19, Misc. Miller *v.* Biggs, Chief Judge, U. S. Court of Appeals. Motion for leave to file petition for writ of mandamus denied. *David H. Kubert* for petitioner. *Philip W. Amram* and *Gilbert Hahn, Jr.,* for respondent. *Emil F. Goldhaber,* Special Assistant Attorney General of Pennsylvania, filed a memorandum for the Commonwealth of Pennsylvania.

No. 232, Misc. Doster *v.* Coash, Circuit Judge, et al. Motion for leave to file petition for writ of mandamus denied.

No. 251, Misc. Ginsberg, Trustee *v.* Fulton, U. S. District Judge. Motion for leave to file petition for writ of mandamus denied. *Daniel L. Ginsberg* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Harold C. Wilkenfeld* and *Crombie J. D. Garrett* for respondent.